**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
MAY 18 AM 11: 00
CLERK _BMcCarthy_
SO. DIST. OF GA.

| | |
|---|---|
| **DONALD BOWERS,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:05-CV-00172-DHB |
| v. ) | |
| ) | |
| **NEOPOST, INC., d/b/a** ) | |
| **NEOPOST USA,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Defendant having moved this Court, with the consent of the Plaintiff, to transfer this matter to the United States District Court, Northern District of Georgia, Atlanta Division, and the Court having considered the same and determined that the Motion is meritorious, the Motion is hereby:

GRANTED, and it is ORDERED this matter be transferred to the United States District Court, Northern District of Georgia, Atlanta Division.

SO ORDERED this __18th__ day of __May__, 2006.

_____
Dudley H. Bowen, Judge
USDC, Southern District of Georgia,
Augusta Division

A TM 594531 v1
2790586-000007 04/26/06